The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREGORY W. GENOVESE, JR. an individual,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY A. HANSEN and MICHAEL R. HANSEN, Individually and on Behalf of Their Marital Community<br><br>Defendant. | NO. 2:24-cv-1096<br><br>**STIPULATION AND PROPOSED ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>NOTE ON MOTION CALENDAR:<br><br>SEPTEMBER 16, 2024 |

## **STIPULATION**

Pursuant to Local Civil Rule 83.2(b)(1), Joshua B. Selig and Tania S. Kamjula of Byrnes Keller Cromwell LLP hereby withdraw as counsel for Plaintiff Gregory W. Genovese, Jr. ("Plaintiff"), and Joel B. Ard of Ard Law Group PLLC is hereby substituted as counsel for said Plaintiff. Withdrawing counsel hereby certifies that a copy of this stipulation has been served on the client, Mr. Genovese.

STIPULATION AND PROPOSED ORDER
FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

1    DATED this 16th day of September, 2024.

2    BYRNES KELLER CROMWELL LLP            CORR CRONIN LLP

3
     By /s/ Joshua B. Selig                By /s/ Jeff Bone
4       Joshua B. Selig WSBA #39628           Jeff Bone, WSBA No. 43965

5    By: /s/ Tania Sethi Kamjula           By /s/ Jack M. Lovejoy
        Tania Sethi Kamjula, WSBA #61732      Jack M. Lovejoy, WSBA No. 36962

6       1000 Second Avenue, 38th Floor        1015 Second Avenue, Floor 10
        Seattle, Washington 98104             Seattle, WA 98104-1001
7       Telephone: (206) 622-2000             Telephone: (206) 625-8600
        Email:   jselig@byrneskeller.com      Email:   jbone@corrcronin.com
8                tsethi@byrneskeller.com               jlovejoy@corrcronin.com
        *Withdrawing attorneys for Plaintiff*  *Attorneys for Defendants Kim and*
9       *Gregory W. Genovese, Jr.*            *Michael Hansen*

10
     ARD LAW GROUP PLLC
11

12   By /s/ Joel B. Ard
        Joel B. Ard WSBA #40104
13
        PO Box 11633
14      Bainbridge, Washington 981101
        Telephone: (206) 701-9243
15      Email:   joel@ard.law
        *Substituting attorney for*
16      *Plaintiff Gregory W. Genovese, Jr.*

17

18

19

20

21

22

23

24

25

26

STIPULATION AND PROPOSED ORDER
FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 2

**ORDER**

**IT IS SO ORDERED.**

DATED this 16th day of September, 2024.

_____
Tiffany M. Cartwright
United States District Judge

STIPULATION AND PROPOSED ORDER
FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000