UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY W. GENOVESE, JR. an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>KIMBERLY A. HANSEN and MICHAEL R. HANSEN, Individually and on Behalf of Their Marital Community,<br><br>                Defendants. | No. 2:24-cv-1096-TMC<br><br>ORDER FOR EXTENSION OF TIME TO EXTEND EXPERT DISCLOSURE DEADLINE |
| KIMBERLY A. HANSEN, Individually and derivatively as a member of USG Realty Capital LLC,<br><br>                Counterclaim Plaintiffs,<br><br>   v.<br><br>GREGORY W. GENOVESE, JR. an individual,<br><br>                Counterclaim Defendant. | |

1  KIMBERLY A. HANSEN, Individually and
   derivatively as a member of USG Realty
2  Capital LLC,

3                  Third-Party Plaintiffs,

4       v.

5  USG REALTY CAPITAL LLC, a Delaware
   limited liability company,
6
                   Third-Party Defendant.
7

## ORDER

THIS MATTER having come before the Court on the stipulation of the parties, Dkt. 22, the Court GRANTS the relief requested. The following deadlines are adjusted by one month:

| Deadline | Prior Date | Requested Date |
| --- | --- | --- |
| Disclosure of expert testimony under FRCP 26(a)(2) | 4/7/2025 | 5/7/2025 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | 5/7/25 | 6/9/25 |

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED this 26th day of March, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER FOR EXTENSION OF TIME TO EXTEND EXPERT
DISCOVERY DEADLINE – 2
Case No. 2:24-cv-1096-TMC