THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY W. GENOVESE, JR., an individual,

                Plaintiff,

    vs.

KIMBERLY A. HANSEN and MICHAEL R. HANSEN, individually and on behalf of their marital community,

                Defendants.

_____

KIMBERLY A. HANSEN, Individually and derivatively as a member of USG Realty Capital LLC,

                Counterclaim Plaintiffs,

    vs.

GREGORY W. GENOVESE, JR., an individual,

                Counterclaim Defendant.

NO. 2:24-cv-1096-TMC

ORDER RE: STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE FOR LIMITED PURPOSE

**NOTED ON MOTION CALENDAR: NOVEMBER 10, 2025**

ORDER RE: STIPULATED MOTION TO EXTEND DISCOVERY
DEADLINE FOR LIMITED PURPOSE - 1
**Case No. 2:24-cv-1096-TMC**

1    KIMBERLY A. HANSEN, individually and
2    derivatively as a member of USG Realty Capital
     LLC,
3
                        Third-Party Plaintiffs,
4
5         vs.

6    USG REALTY CAPITAL LLC, a Delaware
     limited liability company,
7
                        Third-Party Defendant.
8

9                        **ORDER**

10        THIS MATTER having come before the Court on the stipulation of the parties, the Court

11   GRANTS the relief requested.  The Discovery Deadline in this matter shall be extended to

12   December 17, 2025, for the limited purpose of allowing the parties to conduct party depositions.

13   All other case scheduling deadlines as set forth in the Order Granting Stipulated Motion to Amend

14   Case Scheduling Orders (Dkt. 31) and the Order for Extension of Time to Extend Expert Discovery

15   Deadline (Dkt. 46) shall remain unchanged.

16        PURSUANT TO STIPULATION IT IS SO ORDERED.

17        DATED this 10th day of November, 2025.

18

19
                              _____
20                            HONORABLE TIFFANY M. CARTWRIGHT
                              United States District Judge
21

22

23

24

25

26

ORDER RE: STIPULATED MOTION TO EXTEND DISCOVERY
DEADLINE FOR LIMITED PURPOSE - 2
**Case No. 2:24-cv-1096-TMC**

1  Presented by:

2  EISENHOWER CARLSON PLLC          CORR CRONIN LLP

3  */s/Hannah J. Cordell*           */s/Jeff Bone*
   Neil A. Dial, WSBA No. 29599.    Jeff Bone, WSBA No. 43965
4  Hannah J. Cordell, WSBA No. 48043.  Jack M. Lovejoy, WSBA No. 36962
   909 A Street, Suite 600          1015 Second Avenue
5  Tacoma, Washington 98402         Seattle, WA 98105-1001
   Telephone: (253) 572-4500        Telephone: (206) 625-8600
6  Facsimile: (253) 272-5732        Facsimile: (206) 625-0900
   E-Mail: NDial@eisenhowerlaw.com  E-Mail: Jbone@corrcronin.com
7  *Attorneys for Gregory W. Genovese, Jr*  E-Mail: Jlovejoy@corrcronin.com
                                    *Attorneys for Kimberly A. Hansen and*
8                                   *Michael R. Hansen*

9  GALLAGHER LAW, PLLC

10 */s/Thomas F. Gallagher*
   Thomas F. Gallagher, WSBA No. 24199
11 417 S. G Street
   Tacoma, WA  98405
12 Telephone: (253) 328-4254
   E-Mail: tom@tgallagherlaw.net
13 *Attorneys for USG Realty Capital LLC*

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER RE: STIPULATED MOTION TO EXTEND DISCOVERY
DEADLINE FOR LIMITED PURPOSE - 3
**Case No. 2:24-cv-1096-TMC**