THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY W. GENOVESE, JR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY A. HANSEN and MICHAEL R. HANSEN, individually and on behalf of their marital community,<br><br>Defendants. | NO. 2:24-cv-1096-TMC<br><br>ORDER GRANTING STIPULATED MOTION TO (1) ALLOW WITHDRAWAL OF EISENHOWER CARLSON PLLC AS COUNSEL OF RECORD FOR GREGORY W. GENOVESE, JR; (2) ALLOW WITHDRAWAL OF GALLAGHER LAW, PLLC AS COUNSEL OF RECORD FOR USG REALTY CAPITAL LLC; (3) CONTINUE THE TRIAL DATE AND PENDING PRETRIAL DEADLINES AND (4) STRIKE ALL SCHEDULED DEPOSITIONS |
| KIMBERLY A. HANSEN, Individually and derivatively as a member of USG Realty Capital LLC,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>GREGORY W. GENOVESE, JR., an individual,<br><br>Counterclaim Defendant. | **NOTED ON MOTION CALENDAR:<br>DECEMBER 15, 2025** |

ORDER GRANTING STIPULATED MOTION RE WITHDRAWAL
OF COUNSEL OF RECORD, CONTINUANCE OF TRIAL DATE
AND PRETRIAL DEADLINES, AND STRIKING DEPOSITIONS - 1
**Case No. 2:24-cv-1096-TMC**

KIMBERLY A. HANSEN, individually and derivatively as a member of USG Realty Capital LLC,

        Third-Party Plaintiffs,

vs.

USG REALTY CAPITAL LLC, a Delaware limited liability company,

        Third-Party Defendant.

## ORDER

THIS MATTER having come before the Court on the stipulation of the parties, the Court hereby GRANTS the relief requested, specifically as follows:

1. Leave of Court for Eisenhower Carlson PLLC, Neil A. Dial and Hannah J. Cordell to withdraw as counsel of record for Plaintiff and Counterclaim Defendant, Gregory W. Genovese, Jr., pursuant to LCR 83.2, is hereby GRANTED, which withdrawal shall be effective as of the date this order is entered.

2. Leave of Court for Gallagher Law, PLLC and Thomas F. Gallagher to withdraw as counsel of record for Third Party Defendant, USG Realty Capital LLC, a Delaware limited liability company, pursuant to LCR 83.2, is hereby GRANTED, which withdrawal shall be effective as of January 30, 2026.

3. The trial date and pending pretrial deadlines shall be extended as follows:

| Event/Deadline | Prior Date | Requested Date |
| --- | --- | --- |
| 5 DAY JURY TRIAL set for 09:00 AM | March 9, 2026 | June 8, 2026 |
| Discovery[1] completed by | December 17, 2025 | March 18, 2026 |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | February 2, 2026 | May 1, 2026 |
| Agreed pretrial order filed with the Court by | February 17, 2026 | May 18, 2026 |

---

[1] The parties previously stipulated to extension of the Discovery deadline to December 17, 2025 for the limited purpose of taking depositions. The parties request that the Discovery deadline be further extended for this limited purpose.

ORDER GRANTING STIPULATED MOTION RE WITHDRAWAL
OF COUNSEL OF RECORD, CONTINUANCE OF TRIAL DATE
AND PRETRIAL DEADLINES, AND STRIKING DEPOSITIONS - 2
Case No. 2:24-cv-1096-TMC

| Event/Deadline | Prior Date | Requested Date |
|---|---|---|
| Trial briefs, proposed voir dire questions, jury instructions, agreed neutral statement of the case and deposition designations due by | February 17, 2026 | May 18, 2026 |
| Pretrial conference will be held at 03:00 PM on | February 24, 2026 | May 26, 2026 |

4.  All currently scheduled depositions shall be struck and renoted for a later date.

DONE IN OPEN COURT this 15th day of December, 2025.

_____
TIFFANY M. CARTWRIGHT

Presented by:

EISENHOWER CARLSON PLLC

*/s/Hannah J. Cordell*
Neil A. Dial, WSBA No. 29599.
Hannah J. Cordell, WSBA No. 48043.
909 A Street, Suite 600
Tacoma, Washington 98402
Telephone: (253) 572-4500
Facsimile: (253) 272-5732
E-Mail: NDial@eisenhowerlaw.com
*Attorneys for Gregory W. Genovese, Jr.*

GALLAGHER LAW, PLLC

*/s/Thomas F. Gallagher*
Thomas F. Gallagher, WSBA No. 24199
417 S. G Street
Tacoma, WA 98405
Telephone: (253) 328-4254
E-Mail: tom@tgallagherlaw.net
*Attorneys for USG Realty Capital LLC*

CORR CRONIN LLP

*/s/Jeff Bone*
Jeff Bone, WSBA No. 43965
Jack M. Lovejoy, WSBA No. 36962
1015 Second Avenue
Seattle, WA 98105-1001
Telephone: (206) 625-8600
Facsimile: (206) 625-0900
E-Mail: Jbone@corrcronin.com
E-Mail: Jlovejoy@corrcronin.com
*Attorneys for Kimberly A. Hansen and Michael R. Hansen*

ORDER GRANTING STIPULATED MOTION RE WITHDRAWAL
OF COUNSEL OF RECORD, CONTINUANCE OF TRIAL DATE
AND PRETRIAL DEADLINES, AND STRIKING DEPOSITIONS - 3
Case No. 2:24-cv-1096-TMC

1
2
3   _____
    Gregory W. Genovese, Jr.
4   *Individually and as Manager of*
    *USG Realty Capital LLC*
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING STIPULATED MOTION RE WITHDRAWAL
OF COUNSEL OF RECORD, CONTINUANCE OF TRIAL DATE
AND PRETRIAL DEADLINES, AND STRIKING DEPOSITIONS - 4
**Case No. 2:24-cv-1096-TMC**